12 A.3d 746

Hassan MAYHEW, Appellant

v.

Jeffrey A. BEARD, et al., Appellee.

No. 47 EAP 2010.

Supreme Court of Pennsylvania.

Feb. 7, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of February 2011, the above captioned appeal is hereby quashed for failure to file a brief.